| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>INITIAL FILING | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Perhach, Katherine M. | 2. Court or Organization<br><br>United States District Court - Eastern District of Wisconsin | 3. Date of Report<br><br>06/14/2019 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☑ Initial   ☐ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>05/21/2019 |
| 7. Chambers or Office Address<br><br>United States Courthouse and Federal Building<br>517 East Wisconsin Avenue<br>Milwaukee, WI 53202 | | |
| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | Partner | Quarles & Brady |
| 4. | Vice Chair/Board of Directors | Pius XI Catholic HS |
| 5. | Board of Trustees | Mt. Mary University |
| 6. | Board of Directors | Ha Ha's Hero Foundation |
| 7. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | 2006 | Self-directed retirement account through former law firm (Quarles & Brady) |
| 2. | 2010 | Partnership agreement with former law firm (Quarles & Brady) regarding return of equity and payment of deferred fees. |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perhach, Katherine M. | 06/14/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Self-employed (attorney) | $73,200.00 |
| 2. 2018 | Self-employed (attorney) | $438,628.00 |
| 3. 2017 | Self-employed (attorney) | $432,468.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018-2019 | Gray and Associates, LLP (salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Exempt | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perhach, Katherine M. | 06/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Associated Banc Corp (cash) | A | Interest | M | T | Exempt | | | | |
| 2. BMO Harris Bank (cash) | A | Interest | K | T | | | | | |
| 3. PNC Bank (cash) | A | Interest | N | T | | | | | |
| 4. NWM Life Insurance Policy #1 (whole) | A | Dividend | J | T | | | | | |
| 5. NWM Life Insurance Policy #2 (whole) | A | Dividend | J | T | | | | | |
| 6. BMO Harris Bank (cash) | | None | | | | | | | |
| 7. IRA Acct #1 (H) | | | | | | | | | |
| 8. BAIRD CASH SWEEP ACCOUNT (cash) | | | | | | | | | |
| 9. US BANK INSURED DEPOSIT (cash) | | | | | | | | | |
| 10. GENERAL MONEY MKT DREYFUS FUND (GMBXX) (cash) | A | Dividend | K | T | | | | | |
| 11. EDGEWOOD GROWTH INSTL CL (EGFIX) | | None | K | T | | | | | |
| 12. AMERICAN CENTURY EQUITY INCOME CL I (ACIIX) | A | Dividend | K | T | | | | | |
| 13. FMI LARGE CAP INSTL CL (FMIQX) | | None | K | T | | | | | |
| 14. JOHN HANCOCK CLASSIC VALUE CL I (JCVIX) | | None | K | T | | | | | |
| 15. HARBOR SMALL CAP VALUE INSTL CL (HASCX) | | None | J | T | | | | | |
| 16. OAKMARK INTL INSTL CL (OANIX) | | None | K | T | | | | | |
| 17. ISHARES RUSSELL 2000 ETF (IWM) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perhach, Katherine M. | 06/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ISHARES RUSSELL 1000 VALUE ETF (IWD) | A | Dividend | L | T | | | | | |
| 19. ISHARES RUSSELL 1000 GROWTH ETF (IWF) | A | Dividend | L | T | | | | | |
| 20. ISHARES RUSSELL MID CAP ETF (IWR) | A | Dividend | K | T | | | | | |
| 21. LOOMIS SAYLES GROWTH CL Y (LSGRX) | | None | K | T | | | | | |
| 22. MFS INSTL INTL EQUITY (MIEIX) | | None | K | T | | | | | |
| 23. NUANCE MID CAP VALUE INSTL CL (NMVLX) | A | Dividend | J | T | | | | | |
| 24. PARNASSUS MID CAP INSTL CL (PFPMX) | | None | K | T | | | | | |
| 25. PEAR TREE POLARIS FOREIGN VAL INSTL CL (QFVIX) | | None | K | T | | | | | |
| 26. T ROWE PRICE GRWTH STK CL I (PRUFX) | | None | K | T | | | | | |
| 27. PRINCIPAL MID CAP INSTL CL (PCBIX) | | None | K | T | | | | | |
| 28. VANGUARD FTSE DEV MKTS ETF (VEA) | A | Dividend | L | T | | | | | |
| 29. VIRTUS KAR SMALL CAP GROWTH CL I (PXSGX) | | None | J | T | | | | | |
| 30. WELLS FARGO EMERG MKTS EQ I (EMGNX) | A | Dividend | J | T | | | | | |
| 31. PRINCIPAL DIVERS REAL ASSET I (PDRDX) | A | Dividend | L | T | | | | | |
| 32. BAIRD SHORT TERM BOND INSTL CL (BSBIX) | A | Dividend | M | T | | | | | |
| 33. BLACKBAUD INC (BLKB) | | | | | | | | | |
| 34. BLACKROCK HIGH YLD BD I (BHYIX) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perhach, Katherine M. | 06/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BLACKROCK STRATEGIC INCOME OPPTYS INSTL CL(BSIIX) | A | Dividend | L | T | | | | | |
| 36. DODGE & COX INCOME (DODIX) | A | Dividend | L | T | | | | | |
| 37. METROPOLITAN WEST TOTAL RETURN BOND CL I (MWTIX) | A | Dividend | L | T | | | | | |
| 38. ACADIA HEALTHCARE COMPANY INC (ACHC) | | | | | | | | | |
| 39. ACCENTURE PLC (ACN) | A | Dividend | | | | | | | |
| 40. ALIBABA GROUP (BABA) | | None | | | | | | | |
| 41. AMERICAN CAMPUS COMMUNITIES INC (ACC) | A | Dividend | | | | | | | |
| 42. ANHUI CONCH CEMENT COMPANY (ANCHY) | A | Dividend | | | | | | | |
| 43. ANSYS INC (ANSS) | | | | | | | | | |
| 44. APTARGROUP INC (ATR) | | | | | | | | | |
| 45. ASHTEAD GROUP PLC (ASHTY) | | | | | | | | | |
| 46. AT&T INC (T) | B | Dividend | | | | | | | |
| 47. BANK NEW YORK MELLON (BK) | A | Dividend | | | | | | | |
| 48. BANKUNITED INC (BKU) | | | | | | | | | |
| 49. BERKSHIRE HATHAWAY (BRK.B) | | None | | | | | | | |
| 50. BERRY GLOBAL GROUP INC (BERY) | | | | | | | | | |
| 51. BHP GROUP LTD (BHP) | A | Dividend | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perhach, Katherine M. | 06/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BJS RESTAURANTS INC (BJRI) | | | | | | | | | |
| 53. BLACKROCK ENHANCED INTERNATIONAL DIVIDEND TRUST (BGY) | A | Dividend | | | | | | | |
| 54. BLACKROCK ENHANCED EQUITY DIV TR (BDJ) | B | Dividend | | | | | | | |
| 55. BOOZ ALLEN HAMILTON (BAH) | A | Dividend | | | | | | | |
| 56. BP PLC (BP) | A | Dividend | | | | | | | |
| 57. BURLINGTON STORES INC (BURL) | | None | | | | | | | |
| 58. BAIDU INC (BIDU) | | | | | | | | | |
| 59. BANCO BILBAO VIZCAYA ARGENTARIA (BBVA) | | | | | | | | | |
| 60. BAYERISCHE MOTOREN WERKI (BMWYY) | | | | | | | | | |
| 61. CALLON PETROLEUM COMPANY (CPE) | | | | | | | | | |
| 62. CARTERS INC (CRI) | | | | | | | | | |
| 63. CATALENT INC (CTLT) | | | | | | | | | |
| 64. CAVCO INDS INC DEL (CVCO) | | | | | | | | | |
| 65. CEMEX S A B DE CV (CX) | | | | | | | | | |
| 66. CREDIT SUISSE GROUP (CS) | | | | | | | | | |
| 67. CRH PLC (CRH) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perhach, Katherine M. | 06/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. CANADIAN NATIONAL RAILWAY (CNI) | A | Dividend | | | | | | | |
| 69. CENTURYLINK INC (CTL) | A | Dividend | | | | | | | |
| 70. CERNER CORP (CERN) | | None | | | | | | | |
| 71. CHUBB LTD (CB) | A | Dividend | | | | | | | |
| 72. COGNEX CORP (CGNX) | A | Dividend | | | | | | | |
| 73. CORESITE REALTY CORP REIT (COR) | | | | | | | | | |
| 74. COSTAR GROUP INC (CSGP) | | None | | | | | | | |
| 75. CREDICORP LTD (BAP) | A | Dividend | | | | | | | |
| 76. CSL LTD (CSLLY) | A | Dividend | | | | | | | |
| 77. CVS HEALTH CORP (CVS) | A | Dividend | | | | | | | |
| 78. DAIKIN INDUSTRIES LTD (DKILY) | A | Dividend | | | | | | | |
| 79. DAKTRONICS INC (DAKT) | | | | | | | | | |
| 80. DBS GROUP HLDGS (DBSDY) | A | Dividend | | | | | | | |
| 81. DOLLAR GENL CORP (DG) | A | Dividend | | | | | | | |
| 82. DOLLAR TREE INC (DLTR) | | None | | | | | | | |
| 83. DORMAN PRODUCTS INC (DORM) | | None | | | | | | | |
| 84. EAGLE MATERIALS INC (EXP) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perhach, Katherine M. | 06/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. EASTERLY GOVERNMENT PROPERTIES INC (DEA) | | | | | | | | | |
| 86. EBAY INC (EBAY) | A | Dividend | | | | | | | |
| 87. EXPEDITORS INTL (EXPD) | A | Dividend | | | | | | | |
| 88. EXPONENT INC (EXPO) | A | Dividend | | | | | | | |
| 89. FANUC CORP (FANUY) | A | Dividend | | | | | | | |
| 90. FIVE BELOW INC (FIVE) | | None | | | | | | | |
| 91. GARDNER DENVER HOLDINGS INC (GDI) | | | | | | | | | |
| 92. GARTNER INC (IT) | | None | | | | | | | |
| 93. GENERAL ELECTRIC (GE) | A | Dividend | | | | | | | |
| 94. GLACIER BANCORP INC (GBCI) | | | | | | | | | |
| 95. GRACO INC (GGG) | | | | | | | | | |
| 96. GRUPO AEROPORTUARIO DEL SURESTE SA DE SV (ASR) | | None | | | | | | | |
| 97. HDFC BANK LTD (HDB) | A | Dividend | | | | | | | |
| 98. HEXCEL CORP (HXL) | | | | | | | | | |
| 99. HONEYWELL INTL INC (HON) | A | Dividend | | | | | | | |
| 100. HENKEL AG (HENKY) | | None | | | | | | | |
| 101. HENNES & MAURITZ AB (HNNMY) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. HONG KONG EXCHANGES & CLEARING (HKXCY) | | | | | | | | | |
| 103. HOYA CORP (HOCPY) | A | Dividend | | | | | | | |
| 104. ICICI BANK (IBN) | A | Dividend | | | | | | | |
| 105. ICU MEDICAL INC (ICUI) | | None | | | | | | | |
| 106. ING GROEP N V (ING) | D | Dividend | | | | | | | |
| 107. INTEL CORP (INTC) | A | Dividend | | | | | | | |
| 108. ITAU UNIBANCO HOLDING (ITUB) | A | Dividend | | | | | | | |
| 109. JAMES RIVER GROUP HOLDINGS LTD (JRVR) | | | | | | | | | |
| 110. JPMORGAN CHASE (JPM) | A | Dividend | | | | | | | |
| 111. JAPAN TOBACCO (JAPAY) | | | | | | | | | |
| 112. K2M GROUP HOLDINGS INC (KTWO) | | | | | | | | | |
| 113. KASIKORNBANK PUBLIC CO (KPCPY) | | | | | | | | | |
| 114. KB FINANCIAL GROUP (KB) | A | Dividend | | | | | | | |
| 115. KBC GROUP (KBCSY) | | None | | | | | | | |
| 116. KOC HOLDING (KHOLY) | | | | | | | | | |
| 117. LINCOLN ELECTRIC HOLDINGS INC (LECO) | | | | | | | | | |
| 118. LITHIA MOTORS INC CL A (LAD) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. LOGMEIN INC (LOGM) | | | | | | | | | |
| 120. LLOYDS BANKING GROUP PLC (LYG) | | | | | | | | | |
| 121. LVMH MOET HENNESSY LOUIS VUITTON ADR (LVMUY) | A | Dividend | | | | | | | |
| 122. MARKETAXESS HOLDINGS INC (MKTX) | A | Dividend | | | | | | | |
| 123. MASCO CORP (MAS) | A | Dividend | | | | | | | |
| 124. MATADOR RESOURCES COMPANY (MTDR) | | | | | | | | | |
| 125. MID-AMERICA APARTMENT COMMUNITIES (MAA) | | | | | | | | | |
| 126. MIDDLEBY CORP (MIDD) | | | | | | | | | |
| 127. MOMO INC (MOMO) | | | | | | | | | |
| 128. NASPERS LTD (NPSNY) | A | Dividend | | | | | | | |
| 129. NESTLE S A (NSRGY) | | None | | | | | | | |
| 130. NEWELL BRANDS INC (NWL) | A | None | | | | | | | |
| 131. NEXTERA ENERGY INC (NEE) | C | None | | | | | | | |
| 132. NIDEC CORP SPON (NJDCY) | | | | | | | | | |
| 133. NORDSON CORP (NDSN) | A | Dividend | | | | | | | |
| 134. NUTRIEN LTD (NTR) | A | Dividend | | | | | | | |
| 135. OGE ENERGY CORP (OGE) | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perhach, Katherine M. | 06/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. OMNICOM GROUP INC (OMC) | A | Dividend | | | | | | | |
| 137. OPEN TEXT CORP (OTEX) | | | | | | | | | |
| 138. ORACLE CORP (ORCL) | A | Dividend | | | | | | | |
| 139. PACCAR INC (PCAR) | A | Dividend | | | | | | | |
| 140. PANASONIC CORP (PCRFY) | | | | | | | | | |
| 141. PARK24 CO LTD SPON (4666.T) | | | | | | | | | |
| 142. PARSLEY ENERGY INC CL A (PE) | | | | | | | | | |
| 143. PEPSICO INC (PEP) | A | Dividend | | | | | | | |
| 144. PERUSAHAN PERSEROAN PERSERO ADR (TLK) | | None | | | | | | | |
| 145. PFIZER INC (PFE) | A | Dividend | | | | | | | |
| 146. PHILIP MORRIS INTL (PM) | A | Dividend | | | | | | | |
| 147. PHYSICIANS REALTY TRUST (DOC) | | | | | | | | | |
| 148. PINNACLE FINANCIAL PARTNERS INC (PNFP) | | | | | | | | | |
| 149. PING AN INSURANCE GROUP CO (PNGAY) | A | Dividend | | | | | | | |
| 150. PJSC LUKOIL SPON (LUKOY) | | | | | | | | | |
| 151. POLARIS INDUSTRIES INC (PII) | | | | | | | | | |
| 152. POOL CORP (POOL) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perhach, Katherine M. | 06/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. PORTLAND GENERAL ELECTRIC CO (POR) | | | | | | | | | |
| 154. POSCO SPON (PKX) | | | | | | | | | |
| 155. POWER INTEGRATIONS INC (POWI) | | | | | | | | | |
| 156. PREMIER INC (PINC) | | None | | | | | | | |
| 157. PRICESMART INC (PSMT) | | | | | | | | | |
| 158. PROASSURANCE CORP (PRA) | | | | | | | | | |
| 159. PT BANK RAKYAT ADR (BKRKY) | | None | | | | | | | |
| 160. QUAKER CHEMICAL CORP (KWR) | A | Dividend | | | | | | | |
| 161. QUEST DIAGNOSTICS INC (DGX) | A | Dividend | | | | | | | |
| 162. RAPID7 INC (RPD) | | | | | | | | | |
| 163. RBC BEARINGS INC (ROLL) | | None | | | | | | | |
| 164. RECKITT BENCKISER PLC (RBGLY) | | | | | | | | | |
| 165. RITCHIE BROTHERS AUCTIONEERS INC (RBA) | | | | | | | | | |
| 166. ROYAL DUTCH SHELL (RDS.A) | A | Dividend | | | | | | | |
| 167. RPM INTERNATIONAL INC (RPM) | A | Dividend | | | | | | | |
| 168. RYOHIN KEIKAKU CO LTD (RYKKY) | | None | | | | | | | |
| 169. S K F AB SPONSORED ADR (SKFRY) | | None | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. SAFRAN S A SPON ADR (SAFRY) | A | Dividend | | | | | | | |
| 171. SAMPO OYJ (SAXPY) | | | | | | | | | |
| 172. SANDS CHINA LTD (SCHYY) | | | | | | | | | |
| 173. SBERBANK RUSSIA (SBRCY) | A | Dividend | | | | | | | |
| 174. SCHLUMBERGER LTD (SLB) | A | Dividend | | | | | | | |
| 175. SCHNEIDER NATL INC WI CL B (SNDR) | | | | | | | | | |
| 176. SIGNATURE BANK NEW YORK NY (SBNY) | A | Dividend | | | | | | | |
| 177. SILICON LABORATORIES (SLAB) | | | | | | | | | |
| 178. SMC CORP JAPAN (SMCAY) | A | Dividend | | | | | | | |
| 179. SMITH & NEPHEW PLC (SNN) | A | Dividend | | | | | | | |
| 180. SOCIETE GENERALE FRANCE (SCGLY) | | | | | | | | | |
| 181. SOFTBANK GROUP (SFTBY) | A | Dividend | | | | | | | |
| 182. SOUTHERN COPPER CORP (SCCO) | | | | | | | | | |
| 183. SS&C TECHNOLOGIES (SSNC) | A | Dividend | | | | | | | |
| 184. STANLEY BLACK & DECKER (SWK) | A | Dividend | | | | | | | |
| 185. STANDARD BANK GROUP LTD (SGBLY) | | | | | | | | | |
| 186. STERIS PLC (STE) | A | Dividend | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perhach, Katherine M. | 06/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187.  SUMMIT HOTEL PROPERTIES (INN) | | | | | | | | | |
| 188.  SUNCOR ENERGY INC (SU) | | | | | | | | | |
| 189.  SUN COMMUNITIES INC (SUI) | A | Dividend | | | | | | | |
| 190.  SUPERIOR ENERGY SERVICES INC (SPN) | | | | | | | | | |
| 191.  SWATCH GROUP AG (SWGAY) | | | | | | | | | |
| 192.  SVB FINANCIAL GROUP (SIVB) | | None | | | | | | | |
| 193.  TAKEDA PHARM (TAK) (FORMERLY SHIRE PLC (SHPG)) | | | | | | | | | |
| 194.  TAIWAN SEMICONDUCTOR MANUFACTURING (TSM) | A | Dividend | | | | | | | |
| 195.  TE CONNECTIVITY LTD (TEL) | A | Dividend | | | | | | | |
| 196.  TECHTRONIC INDUSTRIES LTD (TTNDY) | | | | | | | | | |
| 197.  TEXAS CAPITAL BANCSHARES INC (TCBI) | | | | | | | | | |
| 198.  TJX COS INC (TJX) | A | Dividend | | | | | | | |
| 199.  TORO CO (TTC) | A | Dividend | | | | | | | |
| 200.  TREASURY WINE ESTATES LTD (TSRYY) | | | | | | | | | |
| 201.  TWENTY FIRST CENTURY FOX (FOXA) | A | Dividend | | | | | | | |
| 202.  TYLER TECHNOLOGIES INC (TYL) | | None | | | | | | | |
| 203.  ULTIMATE SOFTWARE GROUP INC (ULTI) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. UNILEVER PLC (UL) | A | Dividend | | | | | | | |
| 205. UNITEDHEALTH GROUP INC (UNH) | A | Dividend | | | | | | | |
| 206. VERIZON COMMUNICATIONS (VZ) | B | Dividend | | | | | | | |
| 207. VINCI S A (VCISY) | | | | | | | | | |
| 208. VOLVO AB (VLVLY) | | | | | | | | | |
| 209. WABTEC (WAB) | | | | | | | | | |
| 210. WAGEWORKS INC (WAGE) | | | | | | | | | |
| 211. WESTERN ALLIANCE BANCORP (WAL) | | | | | | | | | |
| 212. WEBSTER FINANCIAL CORP WATERBURY CT (WBS) | | | | | | | | | |
| 213. WPP PLC (WPP) | | | | | | | | | |
| 214. WEST PHARMACEUTICAL SERVICES INC (WST) | A | Dividend | | | | | | | |
| 215. ZEBRA TECHNOLOGIES CORP (ZBRA) | | None | | | | | | | |
| 216. IRA Acct #2 (H) | | | | | | | | | |
| 217. GROWTH FUND OF AMERICA CL A (AGTHX) | C | Dividend | K | T | | | | | |
| 218. HARTFORD DIVIDEND & GROWTH CL A (HDGCX) | C | Dividend | K | T | | | | | |
| 219. IRA Acct #3 (H) | | | | | | | | | |
| 220. DIPLOMAT PHARMACY INC (DPLO) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perhach, Katherine M. | 06/14/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. IRA Acct #4 (H) | | | | | | | | | |
| 222. US BANK INSURED DEPOSIT (cash) | A | Dividend | J | T | | | | | |
| 223. AT&T INC (T) | A | Dividend | | | | | | | |
| 224. FIREEYE INC (FEYE) | | None | J | T | | | | | |
| 225. FORTINET INC (FTNT) | | None | | | | | | | |
| 226. ETF MANGERS ETFMG PRIME CYBER SEC (HACK) | A | Dividend | K | T | | | | | |
| 227. IRA Acct #5 (H) | | | | | | | | | |
| 228. Wells Fargo Cap Grwth A (WFCGX) | C | Dividend | J | T | | | | | |
| 229. Wells Fargo Growth A (SGRAX) | B | Dividend | J | T | | | | | |
| 230. Wells Fargo Small Cap Value A (SMVAX) | A | Dividend | J | T | | | | | |
| 231. Wells Fargo Asia Pacific A (WFAAX) | A | Dividend | J | T | | | | | |
| 232. Wells Fargo Govt Securities A (SGVDX) | A | Dividend | J | T | | | | | |
| 233. 401k Acct #1 (H) | | | | | | | | | |
| 234. Vanguard Morgan Growth Fund Inv (VMRGX) | F | Dividend | | | | | | | |
| 235. Vanguard US Grwth Fd Inv (VWUSX) | | None | N | T | | | | | |
| 236. Vanguard Tot Bond Mkt Index Inst (VBTIX) | B | Dividend | K | T | | | | | |
| 237. Vanguard Target Ret 2040 (VFORX) | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perhach, Katherine M. | 06/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 238. Vanguard Tot Stock Mkt Idx Inst (VITSX) | D | Dividend | M | T | | | | | |
| 239. 401k Acct #2 (H) | | | | | | | | | |
| 240. American Century Inflation Adjusted Bond Fund (AIAVX) | | None | | | | | | | |
| 241. MFS Value Fund (MEIHX) | | None | K | T | | | | | |
| 242. T. Rowe Price Growth Stock Fund (TRSAX) | | None | L | T | | | | | |
| 243. American Century Mid Cap Value Fund (ACLAX) | | None | K | T | | | | | |
| 244. State Street Russell SmCap Index Securities Lending | | None | K | T | | | | | |
| 245. T. Rowe Price Real Estate Fund (PAREX) | | None | K | T | | | | | |
| 246. 401k Acct #3 (H) | | | | | | | | | |
| 247. Vanguard Target Retirement Income (VTINX) | | None | J | T | | | | | |
| 248. Trust Acct #1 (H) | | | | | | | | | |
| 249. US BANK INSURED DEPOSIT (cash) | A | Interest | J | T | | | | | |
| 250. VISA INC (V) | A | Dividend | | | | | | | |
| 251. Trust Acct #2 (H) | | | | | | | | | |
| 252. ALLIANT ENERGY CORP (LNT) | B | Dividend | K | T | | | | | |
| 253. ALTRIA GROUP INC (MO) | A | Dividend | J | T | | | | | |
| 254. CHEVRON CORP (CVX) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perhach, Katherine M. | 06/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 255. COCA-COLA COMPANY (KO) | B | Dividend | L | T | | | | | |
| 256. EXXON MOBIL CORP (XOM) | A | Dividend | K | T | | | | | |
| 257. SENSIENT TECHNOLOGIES (SXT) | B | Dividend | L | T | | | | | |
| 258. NUVEEN CORE PLUS BD CL C (FFAIX) | B | Dividend | L | T | | | | | |
| 259. Trust Acct #3 (H) | | | | | | | | | |
| 260. BAIRD CASH DEPOSIT ACCOUNT (cash) | | | | | | | | | |
| 261. US BANK INSURED DEPOSIT (cash) | A | Interest | K | T | | | | | |
| 262. AT&T (T) | A | Dividend | | | | | | | |
| 263. CISCO SYSTEMS INC (CSCO) | A | Dividend | J | T | | | | | |
| 264. COCA-COLA COMPANY (KO) | A | Dividend | K | T | | | | | |
| 265. GENERAL ELECTRIC CO (GE) | A | Dividend | K | T | | | | | |
| 266. MGE ENERGY INC (MGEE) | A | Dividend | J | T | | | | | |
| 267. MATTEL INC (MAT) | | None | J | T | | | | | |
| 268. NATIONAL BEVERAGE CORP (FIZZ) | | None | J | T | | | | | |
| 269. SONOCO PRODUCTS CO (SON) | A | Dividend | J | T | | | | | |
| 270. VERIZON COMMUNICATIONS (VZ) | A | Dividend | | | | | | | |
| 271. WABTEC (WAB) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 272. WASTE MANAGEMENT INC (WM) | A | Dividend | J | T | | | | | |
| 273. BLACKROCK ENHANCED EQ DIV TR (BDJ) | A | Dividend | J | T | | | | | |
| 274. BLACKROCK ENHANCED INTL DIV TRST (BGY) | A | Dividend | J | T | | | | | |
| 275. Trust Acct #4 (H) | | | | | | | | | |
| 276. AT&T (T) | A | Dividend | J | T | | | | | |
| 277. BLACKROCK ENHANCED INTL DIV TRUST (BGY) | A | Dividend | J | T | | | | | |
| 278. BLACKROCK ENHANCED EQUITY DIV TR (BDJ) | A | Dividend | J | T | | | | | |
| 279. CISCO SYSTEMS INC (CSCO) | A | Dividend | J | T | | | | | |
| 280. COCA-COLA COMPANY (KO) | C | Dividend | K | T | | | | | |
| 281. GENERAL ELECTRIC CO (GE) | B | Dividend | K | T | | | | | |
| 282. MATTEL INC (MAT) | A | Dividend | J | T | | | | | |
| 283. MGE ENERGY INC (MGEE) | A | Dividend | J | T | | | | | |
| 284. NATIONAL BEVERAGE CORP (FIZZ) | A | Dividend | J | T | | | | | |
| 285. SONOCO PRODUCTS CO (SON) | A | Dividend | J | T | | | | | |
| 286. VERIZON COMMUNICATIONS (VZ) | B | Dividend | K | T | | | | | |
| 287. WASTE MANAGEMENT INC (WM) | A | Dividend | J | T | | | | | |
| 288. Trust Acct #5 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perhach, Katherine M. | 06/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. BAIRD GENERAL MMKT CLASS A (cash) | | | | | | | | | |
| 290. FNMA MA3385 4.5 050148 | | | | | | | | | |
| 291. FNMA MA3443 4.0 080148 | | | | | | | | | |
| 292. UST NOTE 2.0 111521 | | | | | | | | | |
| 293. UST NOTE 2.25 111524 | A | Interest | | | | | | | |
| 294. ALLIANZGI FIXED INCOME SHARES SER C (FXICX) | A | Dividend | | | | | | | |
| 295. ALLIANZGI FIXED INCOME SHARES SER M (FXIMX) | A | Dividend | | | | | | | |
| 296. FHLMC G07961 3.5 030145 | A | Interest | | | | | | | |
| 297. FHLMC G08682 4.0 120145 | A | Interest | | | | | | | |
| 298. FHLMC V81760 4.0 050145 | A | Interest | | | | | | | |
| 299. FNMA AV6368 3.5 010129 | A | Interest | | | | | | | |
| 300. FNMA AX3195 4.0 090144 | A | Interest | | | | | | | |
| 301. FNMA BOND 6.25 051529 | A | Interest | | | | | | | |
| 302. FNMA MA2771 3.0 100146 | A | Interest | | | | | | | |
| 303. FNMA MA2920 3.0 030147 | A | Interest | | | | | | | |
| 304. FNMA MA3026 3.5 060147 | A | Interest | | | | | | | |
| 305. FNMA NOTE 1.875 092426 | A | Interest | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 306. UST BOND 2.875 111546 | A | Interest | | | | | | | |
| 307. UST BOND 3.125 081544 | A | Interest | | | | | | | |
| 308. UST NOTE 2.25 081527 | A | Interest | | | | | | | |
| 309. FHLMC G08623 3.5 010145 | A | Interest | | | | | | | |
| 310. FHLMC G08624 4.0 010145 | A | Interest | | | | | | | |
| 311. FHLMC G08659 3.5 080145 | A | Interest | | | | | | | |
| 312. FNMA AH6231 4.5 030141 | A | Interest | | | | | | | |
| 313. FNMA AS4783 3.5 040145 | A | Interest | | | | | | | |
| 314. FNMA BM1066 4.0 020147 | A | Interest | | | | | | | |
| 315. Trust Acct #6 (H) | | | | | | | | | |
| 316. BAIRD GENERAL MMKT CLASS A (cash) | | | | | | | | | |
| 317. AETNA INC (AET) | | | | | | | | | |
| 318. PROGRESSIVE CORP (PGR) | | | | | | | | | |
| 319. Trust Acct #7 (H) | | | | | | | | | |
| 320. BAIRD GENERAL MMKT CLASS A (cash) | | | | | | | | | |
| 321. ALLSTATE 7.45 051619 | A | Interest | | | | | | | |
| 322. AMER EXPR 8.125 052019 | A | Interest | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perhach, Katherine M. | 06/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 323. AT&T INC 2.45 063020 | A | Interest | | | | | | | |
| 324. ATCT06-AA5 5.3063 070120 | A | Interest | | | | | | | |
| 325. BERKSHIRE 1.7 031519 | A | Interest | | | | | | | |
| 326. COMET 17-3A 2.43 011525 | A | Interest | | | | | | | |
| 327. DUKE ENERGY 3.9 061521 | A | Interest | | | | | | | |
| 328. KIMBERLY 3.625 080120 | A | Interest | | | | | | | |
| 329. METLIFE INC 3.048 121522 | A | Interest | | | | | | | |
| 330. NATIONAL RURA 2.3 110120 | A | Interest | | | | | | | |
| 331. PNC BANK NA 3.8 072523 | A | Interest | | | | | | | |
| 332. PNC BANK NA 2.15 042921 | A | Interest | | | | | | | |
| 333. SOUTH CAROLINA 6.5 110118 | A | Interest | | | | | | | |
| 334. SUNTRUST BANK 2.9 030321 | A | Interest | | | | | | | |
| 335. SUNTRUST BK A2.75 050123 | A | Interest | | | | | | | |
| 336. U S BANK NAT2.125 102819 | A | Interest | | | | | | | |
| 337. UNITED TECHS 4.5 041520 | A | Interest | | | | | | | |
| 338. UST NOTE 1.5 081526 | A | Interest | | | | | | | |
| 339. UST NOTE 2.0 021525 | A | Interest | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perhach, Katherine M. | 06/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 340. UST NOTE 2.0 063024 | A | Interest | | | | | | | |
| 341. UST NOTE 1.25 103121 | A | Interest | | | | | | | |
| 342. UST NOTE 1.75 051523 | A | Interest | | | | | | | |
| 343. UST NOTE 2.25 081527 | A | Interest | | | | | | | |
| 344. UST NOTE 1.875 093022 | A | Interest | | | | | | | |
| 345. WALT DISNEY 1.85 053019 | A | Interest | | | | | | | |
| 346. Brokerage #1 (H) | | | | | | | | | |
| 347. ALLIANT ENERGY CORP (LNT) | B | Dividend | K | T | | | | | |
| 348. ALTRIA GROUP INC (MO) | B | Dividend | J | T | | | | | |
| 349. KRAFT HEINZ CO (KHC) | A | Dividend | J | T | | | | | |
| 350. MGE ENERGY INC (MGEE) | A | Dividend | K | T | | | | | |
| 351. MONDELEZ INTERNATIONAL (MDLZ) | A | Dividend | J | T | | | | | |
| 352. PHILIP MORRIS INTL INC (PM) | B | Dividend | K | T | | | | | |
| 353. SENSIENT TECHNOLOGIES (SXT) | A | Dividend | K | T | | | | | |
| 354. 529 Acct #1 (H) | | | | | | | | | |
| 355. Edvest Age-Based Option 15 Investment Option 3405 | | None | K | T | | | | | |
| 356. 529 Acct #2 (H) | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 357. Edvest Large-Cap Stock Index Portfolio Investment Option 3438 | | None | L | T | | | | | |
| 358. 529 Acct #3 (H) | | | | | | | | | |
| 359. Edvest Large-Cap Stock Index Portfolio Investment Option 3438 | | None | L | T | | | | | |
| 360. 529 Acct #4 (H) | | | | | | | | | |
| 361. Edvest Active-Based Aggressive Portfolio Investment Option 3432 | | None | | | | | | | |
| 362. 529 Acct #5 (H) | | | | | | | | | |
| 363. Edvest Aggressive Age-Based Option 13-14 Investment Option 3413 | | None | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perhach, Katherine M. | 06/14/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, lines 8, 9, 33, 38, 43-45, 48, 50, 52, 58-67, 73, 79, 84, 85, 91, 94, 95, 98, 101, 102, 109, 111-113, 116-120, 124-127, 132, 137, 140-142, 147, 148, 150-155, 157, 158, 162, 164, 165, 171, 172, 175, 177, 180, 182, 185, 187, 188, 190, 191, 193, 196, 197, 200, 203, 207-213, 260, 289-292, 316-318, and 320: These items became unreportable during this reporting period for non-transaction (non-reportable) reasons. (Y)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Katherine M. Perhach**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544